## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Leroy Jacobs
                              Plaintiff,

v.                                              Case No.: 1:22–cv–00002
                                                                Honorable Elaine E. Bucklo

Whole Foods Market Group, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 16, 2022:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's motion to dismiss Plaintiff's complaint [11] is granted. Enter Memorandum Opinion and Order. Civil case terminated. Mailed notice (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.