IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Leroy Jacobs,

Plaintiff(s),

v.

Whole Foods Market Group, Inc.,

Defendant(s).

Case No. 1:22-cv-00002
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the Defendant, Whole Foods Market Group, Inc., and against Plaintiff, Leroy Jacobs.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to dismiss Plaintiff's complaint [11].

Date:  8/16/2022                                  Thomas G. Bruton, Clerk of Court

                                                  Maria G. Hernandez , Deputy Clerk